UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| THE TRANSPARENCY PROJECT | § | |
| | § | |
| v. | § | CIVIL NO. 4:20-CV-467-SDJ |
| | § | |
| U.S. DEPARTMENT OF JUSTICE, | § | |
| ET AL. | § | |

## **ORDER**

In light of the parties' Response to October 6, 2020 Order, (Dkt. #16), it is

hereby **ORDERED** that the Court's Order Governing Proceedings, (Dkt. #14), is

**VACATED**. A preliminary scheduling order will be issued by separate order.

**So ORDERED and SIGNED this 16th day of November, 2020.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE