UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| THE TRANSPARENCY PROJECT | § | |
| --- | --- | --- |
| | § | |
| v. | § | CIVIL NO. 4:20-CV-467-SDJ |
| | § | |
| U.S. DEPARTMENT OF JUSTICE, | § | |
| ET AL. | § | |

## PRELIMINARY SCHEDULING ORDER

The Court, having vacated the Order Governing Proceedings, (Dkt. #17), enters this case-specific order which controls this action pending further order of the Court. The following actions shall be completed by the dates indicated.

| Deadline | Event |
| --- | --- |
| 01/15/2021 | The parties shall file a joint status report concerning the status of each FOIA request. |
| 03/16/2021 | The parties shall file a joint status report concerning the status of each FOIA request. |
| 05/17/2021 | The parties shall file a joint proposed scheduling order proposing deadlines to govern the disposition of this case. |

**So ORDERED and SIGNED this 16th day of November, 2020.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE