IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| THE TRANSPARENCY PROJECT, | § § | |
| Plaintiff, | § § | CIVIL ACTION No. 4:20CV467 |
| v. | § § | |
| U.S. DEPARTMENT OF JUSTICE, et al., | § § | JUDGE SEAN D. JORDAN |
| Defendants. | § § | |

**JOINT STIPULATION REGARDING STATUS OF REQUESTS TO
UNITED STATES DEPARTMENT OF JUSTICE CRIMINAL DIVISION**

In compliance with the Court's Order [Dkt 26], the parties jointly file this stipulation concerning the status of the two FOIA requests to United States Department of Justice Criminal Division ("DOJ-CRM") that were the subject of a Motion to Dismiss [Dkt 20], which has been withdrawn.

As to the October 26, 2018 request, Plaintiff concedes exhaustion and agrees that this claim is due to be dismissed. As to the June 11, 2020 request, DOJ-CRM concedes that this claim is properly before the Court.

    Respectfully submitted,

    NICHOLAS J. GANJEI
    ACTING UNITED STATES ATTORNEY

    */s/ Andrea L. Parker*
    ANDREA L. PARKER
    Assistant United States Attorney
    Texas Bar No. 00790851
    550 Fannin St., Suite 1250
    Beaumont, Texas   77701-2237

       Tel:  (409) 839-2538
       Fax: (409) 839-2550
       Email:  andrea.parker@usdoj.gov

       ***/s/ Ty Odell Clevenger (with permission)***
       TY ODELL CLEVENGER
       Attorney at Law
       P.O. Box 20753
       Brooklyn, NY   11202-0753
       Tel:   (979) 985-5289
       Fax:   (979) 530-9523
       Email: tyclevenger@yahoo.com