IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| THE TRANSPARENCY PROJECT, | § § § | |
| Plaintiff, | § § | CIVIL ACTION NO. 4:20-CV-00467-SDJ-CAN |
| v. | § § | |
| U.S. DEPARTMENT OF JUSTICE, ET AL., | § § § | |
| Defendants. | § § | |

## ORDER

On May 24, 2021, the Court entered a Scheduling Order in this cause regarding the Non-FBI FOIA requests [Dkt. 27]. The Court indicated that a further separate scheduling order would be entered regarding all FBI requests [Dkt. 27 at 1]. Pending before the Court is The Transparency Project's Motion Regarding Scheduling Order Proposed by Defendant Federal Bureau of Investigation [Dkt. 31]; Plaintiff objects, among other things, to the FBI's current production rate [Dkts. 31; 34]. The FBI has responded [Dkt. 33], arguing that the rate of production of 500 pages per month is reasonable and consistent with the FBI's FOIA policies. Neither Party in their current filings has included a clear proposed scheduling order/production schedule for the FBI FOIA requests. Accordingly,

It is therefore **ORDERED** that each Party shall supplement their existing filings as to the pending Motion [Dkt. 31] and file a clear, succinct, proposed scheduling order/production schedule for the FBI FOIA requests no later than *Tuesday, July 6, 2021*.

**IT IS SO ORDERED**.  SIGNED this 21st day of June, 2021.

_____
Christine A. Nowak
UNITED STATES MAGISTRATE JUDGE