IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| THE TRANSPARENCY PROJECT, | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION No. 4:20CV467 |
| | § | |
| v. | § | |
| | § | |
| U.S. DEPARTMENT OF JUSTICE, et al., | § | JUDGE SEAN D. JORDAN |
| | § | |
| Defendants. | § | |

**DEFENDANTS' AUGUST 18TH STATUS REPORT**

In compliance with the Court's request at the telephonic status conference held on

August 17, 2021, Defendants submit the following updated status report:

**NSA**
**10/29/18 & 6/12/20 Requests**

NSA has fully processed both requests and issued final responses to Plaintiff.

**DOJ-CRM**
**10/26/18 & 6/11/20 Requests**

On May 25, 2021, the parties filed a joint stipulation regarding the status of the

DOJ-CRM requests, which remains the same. [ECF 28].

**DOJ-OIP**
**10/26/18 & 6/11/20 Requests**

OIP has fully processed both requests and issued final responses to Plaintiff.

**CIA**
**5/28/20 & 6/18/20**

CIA has fully processed both requests and issued final responses to Plaintiff.

**ODNI**
**6/11/20**

ODNI anticipates issuing a final response by September 1, 2021.

**DOJ-EOUSA**
**10/26/18 & 6/11/20**

DOJ-EOUSA issued its final response to Plaintiff on June 25, 2021.

**DOJ-NSD**
**10/26/18, 6/11/20, 6/15/20 & 6/18/20 Requests**

The June 11, 2020 request has been administratively closed because Plaintiff

failed to respond within thirty days to a September 2, 2020 request to provide further

clarity regarding the request.  Plaintiff did belatedly respond to the request for clarity on

March 30, 2021, but the request was already closed at that time.

The October 26, 2018 and June 15, 2020 requests seek the same information, and

DOJ-NSD anticipates issuing a final response by September 1, 2021.

The June 18, 2020 request requires further consultation with a relevant

component, and DOJ-NSD anticipates issuing a final response by November 1, 2021.

**FBI**
**10/26/18, 6/11/20, 6/15/20 & 6/18/20**

The June 26, 2018 (1421854-000) and June 11, 2020 (1468312-000) requests seek

the same information regarding records referencing Imran Awan, et al.  FBI's processing

of these requests is ongoing at a rate of approximately 500 pages per month, with

approximately 12,180 pages remaining.  FBI is making preprocessed releases on or about

the 27th of each month.

The June 18, 2020 (1469375-000) request regarding records pertaining to surveillance of Edward Butowsky and Matt Couch has been fully processed and a final release was issued to Plaintiff.

The June 15, 2020 (1469813-000) request for records related to the alleged hacking of Democratic National Committee ("DNC") emails is ongoing. To date, FBI has identified 495,862 pages of potentially responsive documents. Prior to the status conference held yesterday, Plaintiff indicated that he was unwilling to discuss methods to narrow the scope of this request. As of yesterday, Plaintiff expressed willingness to accept the non-exempt 936 pages of serials without attachments to review to enable Plaintiff to prioritize disputed requests and narrow the universe of potentially responsive documents. This change represents a complete departure from FBI's planned processing and production schedule, and FBI is unfortunately unable to review and release the non-exempt 936 pages of serials without attachments by the October 6, 2021 deadline proposed by the Court. Instead, FBI estimates that it will need ninety (90) days to review and release all non-exempt 936 pages of serials without attachments. FBI anticipates that the release could occur on or before November 17, 2021. FBI respectfully requests that the Court reconvene the telephonic status conference, so that a representative from FBI can participate in the conference and explain to the Court the amount of time that will be necessary for FBI to review and release all non-exempt 936 pages of serials without attachments and answer any questions the Court might have.

Respectfully submitted,

NICHOLAS J. GANJEI
ACTING UNITED STATES ATTORNEY
*/s/ Andrea L. Parker*
ANDREA L. PARKER
Assistant United States Attorney
Texas Bar No. 00790851
550 Fannin St. Suite 1250
Beaumont, Texas   77701-2237
Tel:  (409) 839-2538
Fax: (409) 839-2550
Email:  andrea.parker@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on August 18, 2021, a true and correct copy of the foregoing

document was filed electronically with the court and has been sent to counsel of record

via the court's electronic filing system.

*/s/ Andrea L. Parker*
ANDREA L. PARKER
Assistant United States Attorney