IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| THE TRANSPARENCY PROJECT, | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION No. 4:20CV467 |
| | § | |
| v. | § | |
| | § | |
| U.S. DEPARTMENT OF JUSTICE, et al., | § | JUDGE SEAN D. JORDAN |
| | § | MAGISTRATE CHRISTINE NOWAK |
| Defendants. | § | |

## JOINT STATUS REPORT REGARDING NON-FBI REQUESTS

In anticipation of the telephonic status conference scheduled today at 1:30 p.m. [Dkt. 42],

the parties have conferred and agreed to the following proposed briefing schedule for all non-FBI

requests:

| | |
|---|---|
| December 15, 2021 | Plaintiff's Deadline to Identify Challenged Responses |
| February 15, 2022 | Non-FBI Defendants' Deadline to Produce Vaughn Indices & MSJ |
| March 15, 2022 | Plaintiff's Response |
| April 5, 2022 | Non-FBI Defendants' Reply |
| April 26, 2022 | Plaintiff's Sur-reply |

Respectfully submitted,

NICHOLAS J. GANJEI
ACTING UNITED STATES ATTORNEY

*/s/ Andrea L. Parker*
ANDREA L. PARKER
Assistant United States Attorney
Texas Bar No. 00790851
550 Fannin St., Suite 1250
Beaumont, Texas   77701-2237
Tel:  (409) 839-2538

Fax:  (409) 839-2550
Email:  andrea.parker@usdoj.gov

***/s/ Ty Odell Clevenger (with permission)***
TY ODELL CLEVENGER
Attorney at Law
P.O. Box 20753
Brooklyn, NY   11202-0753
Tel:     (979) 985-5289
Fax:     (979) 530-9523
Email: tyclevenger@yahoo.com