# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| THE TRANSPARENCY PROJECT, | § § | |
| Plaintiff, | § § | CIVIL ACTION NO. 4:20-CV-00467-SDJ-CAN |
| v. | § § | |
| U.S. DEPARTMENT OF JUSTICE, ET AL., | § § § | |
| Defendants. | § | |

## ORDER

On Tuesday, January 18, 2022, the Court held a conference with the Parties, during which the undersigned requested that Parties submit an agreed production schedule for the FBI Requests on or before Friday, January 21, 2022. The Parties properly submitted their Joint Production Schedule for FBI Requests on Friday, January 21, 2022 [Dkt. 48]. Following submission of the Joint Production Schedule, the Non-FBI Defendants filed an Unopposed Motion for Extension of Time to File Motion for Summary Judgment and *Vaughn* Index [Dkt. 49]. Therein, the Non-FBI Defendants request an additional week to file a motion for summary judgment and *Vaughn* indices, and for the remaining briefing schedule to similarly be extended an additional week [Dkt. 49 at 1-2]. Plaintiff is unopposed [Dkt. 49 at 1]. After reviewing the Joint Production Schedule, pending Motion, and all other relevant filings, the Court finds that the following schedules shall be applicable to this cause:

It is therefore **ORDERED** that the Non-FBI Defendant's Unopposed Motion for Extension of Time to File Motion for Summary Judgment and *Vaughn* Index [Dkt. 49] is **GRANTED**.

| Deadline | Event |
|---|---|
| 02/22/2022 | Non-FBI Defendants' Deadline to Produce *Vaughn* Indices & Motion for Summary Judgment |
| 03/22/2022 | Plaintiff's Response |
| 04/12/2022 | Non-FBI Defendants' Reply |
| 05/03/2022 | Plaintiff's Sur-reply |

It is further **ORDERED** that the Parties' Joint Production Schedule for FBI Requests [Dkt. 48] is hereby entered, which controls the production schedule of FBI requests in this action pending further order of the Court. The following actions shall be completed by the dates indicated:

| Deadline | Event |
|---|---|
| 27th of each month | Imran Awan Requests (1421854-000 and 1468312-000) at a rate of 500 pages per month. The Parties will submit a proposed briefing schedule when production is complete. |
| 02/21/2022 | DNC Hack Request (1469813-000). Plaintiff will submit a narrowed request to the FBI by this date. |
| 03/23/2022 | DNC Hack Request (1469813-000). Upon receipt of Plaintiff's narrowed request, no later than March 23, 2022, FBI shall start production at a rate of 500 pages per month. Parties are to notify the Court when production begins. |

**IT IS SO ORDERED**.
**SIGNED** this 18th day of February, 2022.

_____
Christine A. Nowak
UNITED STATES MAGISTRATE JUDGE

ORDER – Page 2