IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| THE TRANSPARENCY PROJECT, | § § § | |
| Plaintiff, | § § | CIVIL ACTION No. 4:20CV467 |
| v. | § § § | |
| U.S. DEPARTMENT OF JUSTICE, et al., | § § | JUDGE SEAN D. JORDAN |
| Defendants. | § § | |

## UNOPPOSED MOTION FOR EXTENSION OF TIME

NOW COMES the Plaintiff, moving the Court to grant an extension of time to respond to the Non-FBI Defendants' Motion for Summary Judgment (Doc. No. 51) filed on February 22, 2022. Plaintiff's Counsel is running behind schedule because of a health problem, therefore the Plaintiff requests an extension of the response deadline from March 15, 2022 until April 5, 2022, further requesting that the deadline for any cross-motion likewise be extended until April 5, 2022. Finally, the Plaintiff requests a commensurate three-week extension of all subsequent deadlines. Plaintiff's Counsel has conferred with Defendants' Counsel, and the Defendants do not oppose this request.

Respectfully submitted,

*/s/ Ty Clevenger*
TY CLEVENGER
Attorney at Law
212 S. Oxford Street #7D
Brooklyn, NY 11217
Tel:   (979) 985-5289
Fax:   (979) 530-9523
Email: tyclevenger@yahoo.com

## Certificate of Conference

I certify that I conferred via email on March 10, 2022 with Asst. U.S. Attorney Andrea Parker, Counsel for the Defendants, and she indicated that the Defendants do not oppose this motion.

*/s/ Ty Clevenger*
TY CLEVENGER

## Certificate of Service

I certify that a copy of this document was filed with the Court's ECF system on March 10, 2022, which should result in automatic service upon Asst. U.S. Attorney Andrea Parker, Counsel for the Defendants, at andrea.parker@usdoj.gov.

*/s/ Ty Clevenger*
TY CLEVENGER