# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| THE TRANSPARENCY PROJECT, | § § | |
| Plaintiff, | § § | CIVIL ACTION NO. 4:20-CV-00467-SDJ-CAN |
| v. | § § | |
| U.S. DEPARTMENT OF JUSTICE, ET AL., | § § § § | |
| Defendants. | § | |

## ORDER

Pending before the Court is Plaintiff The Transparency Project's ("Plaintiff") Unopposed Motion for Extension of Time [Dkt. 55]. Plaintiff requests a three-week extension to respond to the Non-FBI Defendants' Motion for Summary Judgment, file any cross-motion, and of all subsequent deadlines [Dkt. 55 at 1]. The Non-FBI Defendants are unopposed to this request [Dkt. 55 at 1]. After reviewing the Motion, and all other relevant findings, the Court finds that Plaintiff's Motion is **GRANTED**. Accordingly,

It is therefore **ORDERED** that Plaintiff The Transparency Project's Unopposed Motion for Extension of Time [Dkt. 55] is **GRANTED**. The new deadlines are as follows:

| Deadline | Event |
|---|---|
| 04/05/2022 | Plaintiff's Response |
| 05/03/2022 | Non-FBI Defendants' Reply |
| 05/24/2022 | Plaintiff's Sur-reply |

**IT IS SO ORDERED**.   SIGNED this 11th day of March, 2022.

ORDER – Page Solo

Christine A. Nowak
UNITED STATES MAGISTRATE JUDGE