IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| THE TRANSPARENCY PROJECT, § | | |
| § | | |
| Plaintiff, § | CIVIL ACTION No. 4:20CV467 | |
| § | | |
| v. § | | |
| § | | |
| U.S. DEPARTMENT OF JUSTICE, et al., § | JUDGE SEAN D. JORDAN | |
| § | | |
| Defendants. § | | |

## DEFENDANT FBI'S NOTICE OF PRODUCTION

In compliance with the Court's order to notify the Court when production begins on Plaintiff's narrowed DNC Hack Request, Defendant FBI submits the following status report:

I.

On February 18, 2022, this Court ordered Defendant FBI to start production at a rate of 500 pages per month on Plaintiff's narrowed DNC Hack Request (1469813-000) on or before March 23, 2022, and to notify the Court when production begins. [ECF 50]. In compliance with this Order, Defendant FBI avers that the first interim release responsive to Plaintiff's narrowed DNC Hack Request was federal expressed to Plaintiff yesterday, on March 23, 2022. In the interim release letter, Defendant FBI indicates that 500 pages were reviewed and withheld in their entirety pursuant to applicable FOIA exemptions. Defendant FBI plans to continue this schedule with releases occurring on the 23rd of each month moving forward.

        Respectfully submitted,

        BRIT FEATHERSTON
        ACTING UNITED STATES ATTORNEY

        ***/s/ Andrea L. Parker***
        ANDREA L. PARKER
        Assistant United States Attorney
        Texas Bar No. 00790851
        550 Fannin St. Suite 1250
        Beaumont, Texas   77701-2237
        Tel: (409) 839-2538
        Fax: (409) 839-2550
        Email: andrea.parker@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 24, 2022, a true and correct copy of the foregoing document was filed electronically with the court and has been sent to counsel of record via the court's electronic filing system.

        ***/s/ Andrea L. Parker***
        ANDREA L. PARKER
        Assistant United States Attorney