IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| THE TRANSPARENCY PROJECT, | § § | |
| Plaintiff, | § § | CIVIL ACTION No. 4:20CV467 |
| v. | § § | |
| U.S. DEPARTMENT OF JUSTICE, et al., | § § | JUDGE SEAN D. JORDAN |
| | § | MAGISTRATE CHRISTINE NOWAK |
| Defendants. | § | |

## NON-FBI DEFENDANTS' RESPONSE TO PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME

Defendants, the United States Department of Justice, the National Security Agency, the Central Intelligence Agency, the Office of the Director of National Intelligence, and United States Department of Justice ("Non-FBI Defendants"), file this response to Plaintiff's Unopposed Motion for Extension of Time to correct a misstatement of the current pending briefing deadlines.

On April 4, 2022, Plaintiff filed an Unopposed Motion for Extension of Time, requesting a one-week extension of the deadline to respond to the Non-FBI Defendants' Motion for Summary Judgment. [ECF 58]. As stated therein, the non-FBI Defendants do not oppose the request for extension. However, Plaintiff's proposed order incorrectly identifies the non-FBI Defendants' current reply deadline to be April 26, 2022. According to the Court's Order granting Plaintiff's previous request for an extension, the current reply deadline is May 3, 2022. [ECF 56]. Thus, if Plaintiff's pending motion for extension is granted, the non-FBI Defendants' reply deadline should be extended to May 10, 2022.

        Respectfully submitted,

        BRIT FEATHERSTON
        UNITED STATES ATTORNEY

        */s/ Andrea L. Parker*
        ANDREA L. PARKER
        Assistant United States Attorney
        Texas Bar No. 00790851
        550 Fannin St. Suite 1250
        Beaumont, Texas   77701-2237
        Tel:  (409) 839-2538
        Fax: (409) 839-2643
        Email:  andrea.parker@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on April 6, 2022, a true and correct copy of the foregoing document was filed electronically with the court and has been sent to counsel of record via the court's electronic filing system.

        */s/ Andrea L. Parker*
        ANDREA L. PARKER
        Assistant United States Attorney