IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| THE TRANSPARENCY PROJECT,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE, et al.,<br><br>Defendants. | CIVIL ACTION No. 4:20CV467<br><br>JUDGE SEAN D. JORDAN |

## NON-FBI DEFENDANTS' OPPOSITION TO PLAINTIFF'S "CROSS-MOTION FOR SUMMARY JUDGMENT"

Defendants the United States Department of Justice ("DOJ")[1], the National Security Agency ("NSA"), the Central Intelligence Agency ("CIA"), and the Office of the Director of National Intelligence ("ODNI"), file this opposition to Plaintiff's "Cross-Motion for Summary Judgment." [ECF 59].[2] While Plaintiff's filing purports to be a "Cross-Motion for Summary Judgment," he does not actually move for summary judgment but rather just provides conclusory arguments in response to the arguments

---

[1] The DOJ components in this case include the National Security Division ("NSD"); the Criminal Division ("CRM"); the Executive Office of United States Attorneys ("EOUSA"); and the Office of Information Policy ("OIP") on behalf of the Offices of the Attorney General ("OAG") and the Office of Legislative Affairs ("OLA").

[2] The Non-FBI Defendants do not want to burden the Court with a reply to Plaintiff's Opposition to the Non-FBI Defendants' Motion for Summary Judgment when one is not necessary here, as Plaintiff's opposition is admittedly poorly briefed and conclusory. However, the Non-FBI Defendants would be happy to address particular issues if further briefing is requested by the Court.

raised in Non-FBI Defendants' Motion for Summary Judgment. Therefore, the Court should summarily deny Plaintiff's "cross-motion" and grant Non-FBI Defendants' Motion for Summary Judgment for all the reasons set forth in their motion. [ECF 51].

Respectfully submitted,

BRIT FEATHERSTON
UNITED STATES ATTORNEY

*/s/ Andrea L. Parker*
ANDREA L. PARKER
Assistant United States Attorney
Texas Bar No. 00790851
550 Fannin St. Suite 1250
Beaumont, Texas 77701-2237
Tel: (409) 839-2538
Fax: (409) 839-2643
Email: andrea.parker@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on May 2, 2022, a true and correct copy of the foregoing document was filed electronically with the court and has been sent to counsel of record via the court's electronic filing system.

*/s/ Andrea L. Parker*
ANDREA L. PARKER
Assistant United States Attorney
