IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| **THE TRANSPARENCY PROJECT**, <br><br> Plaintiff, <br><br> vs. <br><br> **UNITED STATES DEPARTMENT OF JUSTICE, et al.,** <br><br> Defendants | Case No. 4:20-cv-467-SDJ |

# ERRATA

As witnessed by his signature below, Ty Clevenger declares under penalty of perjury under the laws of the United States that the Plaintiff's Motion to Permit Supplemental Evidence in Support of Objection to the Report and Recommendation of the United States Magistrate Judge (Dkt. #71) erroneously states that he was contacted by William Binney on June 30, 2023. The undersigned further declares that he was actually contacted by Mr. Binney on January 30, 2023.

Respectfully submitted,

**/s/ Ty Clevenger**
Ty Clevenger
Texas Bar No. 24034380
212 S. Oxford Street #7D
Brooklyn, New York 11217
(979) 985-5289
(979) 530-9523 (fax)
*tyclevenger@yahoo.com*

**Counsel for Plaintiff**

- 2 -

## Certificate of Service

      On March 27, 2023, I filed a copy of this response with the Court's ECF system, which should result in automatic notification via email to Asst. U.S. Attorney Andrea Parker, Counsel for the Defendants, at andrea.parker@usdoj.gov.

      **/s/ Ty Clevenger**
Ty Clevenger