# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| THE TRANSPARENCY PROJECT, <br><br> Plaintiff, <br><br> v. <br><br> U.S. DEPARTMENT OF JUSTICE, et al <br><br> Defendants. | CIVIL ACTION No. 4:20CV467 <br><br> JUDGE SEAN D. JORDAN <br> MAGISTRATE CHRISTINE NOWAK |

## NOTICE OF SUBSTITUTION OF COUNSEL

Defendants file this Notice of Substitution of Counsel and request that Assistant United States Attorney James Gillingham be substituted as counsel in the above-referenced cause. Accordingly, Defendants respectfully request that Assistant United States Attorney Andrea L. Parker be withdrawn and removed from the service list as counsel.

The undersigned requests that he be added to the list of counsel in this case to receive all future notices, orders, and filings via the Court's CM/ECF system.

Respectfully submitted,

DAMIEN M. DIGGS
UNITED STATES ATTORNEY

*/s/ James Gillingham*
JAMES GARLAND GILLINGHAM
Texas State Bar No. 24065295
james.gillingham@usdoj.gov
110 N. College, Suite 700
Tyler, TX  75702

(903) 590-1400
Fax: (903) 590-1436

## CERTIFICATE OF SERVICE

I hereby certify that on February 14, 2024, a true and correct copy of the foregoing document was filed electronically with the court and has been sent to counsel of record via the court's electronic filing system.

/s/ James Gillingham
JAMES GARLAND GILLINGHAM
Assistant United States Attorney